IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE MADISON<br>　　　　　　Plaintiff,<br><br>v.<br><br>MIKE ROTH d/b/a AUTO PROS, et al.<br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:14-cv-01544-ER |

*Order 5* [handwritten]

FILED
MAY 22 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION TO WITHDRAW MOTIONS

SUBJECT TO THE APPROVAL OF THE COURT, it is hereby STIPULATED and AGREED, that Plaintiff, Michelle Madison, by and through counsel, ~~will hereby withdraw~~ *Denied without prejudice* Docket Entry # 10 titled Motion to Strike Motion to Dismiss for Failure to State a Claim and Defendant, Mike Roth d/b/a Auto Pros, by and through counsel, ~~will hereby withdraw~~ *withdraws* Docket Entry # 6 titled Brief in Support of Motion to Dismiss filed in favor of Docket Entry # 7 titled Motion to Dismiss for Failure to State a Claim. Defendant's Motion to Dismiss for Failure to State to a Claim reflected in Docket Entry # 7 shall be deemed to have been filed timely. It is further STIPULATED and AGREED that Plaintiff, Michelle Madison, by and through counsel, shall have fourteen (14) days from entry of this Order to respond to Defendant's Motion to Dismiss or otherwise Amend their Complaint.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

2:14-cv-01544-ER.

___/s/ Greg Prosmushkin___  
Greg Prosmushkin, Esq.  
The Law Offices of Greg Prosmushkin, P.C.  
9637 Bustleton Avenue  
Philadelphia, PA 19115  
*Attorneys for Defendant Mike Roth d/b/a Auto Pros*  
Dated: May 21, 2014

___/s/ Matthew B. Weisberg___  
Matthew B. Weisberg, Esq.  
Weisberg Law, P.C.  
7 South Morton Avenue  
Morton, PA 19070  
*Attorneys for Plaintiff Michelle Madison*

Dated: May 21, 2014

## ORDER

AND NOW, this 22 day of May, 2014, it is hereby ORDERED that the foregoing stipulation is hereby approved.

BY THE COURT:

_____  
Hon. Eduardo C. Robreno